1  McGREGOR W. SCOTT
United States Attorney
2  SAM STEFANKI
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | CASE NO.  3:20-MJ-00011-DMC |
| 11                            Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT |
| 12                      v. | TO RULE 5.1(d) AND EXCLUDING TIME |
| 13  ERIC SMITH, | DATE: August 21, 2020 TIME: 2:00 p.m. |
| 14                            Defendant. | COURT: Hon. Edmund F. Brennan |

15

16

17      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 17, 2020.

19  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

20  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

21  5.1(d) of the Federal Rules of Criminal Procedure.

22      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

23  of justice served by granting this continuance outweigh the best interests of the public and the defendant

24  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

25  not adversely affect the public interest in the prompt disposition of criminal cases.

26      THEREFORE, FOR GOOD CAUSE SHOWN:

27      1.      The date of the preliminary hearing is extended to October 1, 2020, at 2:00 p.m.

28  ///

[PROPOSED] FINDINGS AND ORDER                                1

1    2.    The time between August 21, 2020, and October 1, 2020, shall be excluded from

2  calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3    3.    The defendant shall appear at that date and time before the Magistrate Judge on duty.

4

5    IT IS SO ORDERED.

6

7  DATED:  August 17, 2020.    _____

    EDMUND F. BRENNAN

8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER                    2